# EXHIBIT 2

November 4, 2025

**VIA HAND DELIVERY**

Jason Barton, D.O.
1212 Garfield Avenue, Suite 202
Parkersburg, West Virginia 26101

    **Re: Letter of Resignation and Post-Employment Obligations**

Dear Dr. Barton:

    With regret, we have received your letter of resignation dated [October 27, 2025.] orrAs you separate from employment, we wish to remind you of the commitments you made to CAMC that survive such termination:

1. Repaying your Sign-On Payment

    CAMC paid you a sign-on payment of ▇▇▇▇ in reliance on your commitment to remain employed by CAMC on a full-time basis for three full years. You agreed that if you left CAMC within that three-year period, you would repay the entire amount of the sign-on payment in full. Payment in the amount of ▇▇▇▇ is due within thirty (30) days of your last day of employment with CAMC. If you do not make payment within that 30-day period and CAMC is required to initiate collection efforts to obtain repayment of your unearned sign-on payment, you will be responsible for CAMC's costs of collection, including reasonable attorneys' fees.

2. Not Competing With CAMC

    For one (1) year following your termination of your employment agreement with CAMC, you may not work in any professional medical or administrative capacity within a thirty (30) road mile radius of the CAMC location to which you are primarily assigned (1212 Garfield Avenue, Parkersburg, West Virginia) unless it is to engage in the private independent practice of medicine. The employment agreement

defines the "private independent practice of medicine" as your own independent (solo) practice or your practice with any one or more of the physicians employed by PARS Healthcare on the day prior to the Employment Commencement Date."

3. <u>Not soliciting CAMC employees and staff</u>

You may not, for a period of two (2) years after the termination of your employment agreement, solicit, recruit, engage, or employ any individual who was employed or engaged by CAMC or its affiliates in any capacity during the term of your employment.

4. <u>Effecting an orderly transfer of records</u>

Pursuant to Section 14 of your employment agreement, you are required to effect an orderly transfer of patients to another CAMC-employed physician. You may not retain, take, copy, or distribute patient lists in any manner and you may not solicit CAMC patients or send announcements or publications regarding new offices or employment affiliations to CAMC patients.

5. <u>Protecting CAMC's confidential and proprietary information</u>.

You will return all CAMC property on or before your last day of employment and will not use CAMC's confidential, sensitive, or proprietary information following the termination of your employment or disseminate or disclose any such information to any third party.

We appreciate your attention to these matters and wish you the best in your future endeavors. However, we want to be clear that should you breach these continuing obligations to CAMC, we will pursue all appropriate legal remedies.

Sincerely,

Jeffrey H. Goode, FACHE
Senior Vice President for Ambulatory Services and South Region Hospitals