# EXHIBIT 4

**Antoinette Bucci**

| | |
|---|---|
| **From:** | Westbrock, Paul <PWestbrock@mhsystem.org> |
| **Sent:** | Friday, December 19, 2025 3:43 PM |
| **To:** | Erin J. McLaughlin |
| **Cc:** | Cantley, Scott |
| **Subject:** | Barton, Jason, D.O. |
| **Attachments:** | CAMC_Marietta_Cease and Desist Letter (4914-5714-3681 v1).pdf |



Ms. McLaughlin –

Thank you for your correspondence addressed to Scott Cantley and dated December 15th, 2025, attached. Please be advis

(1) Dr. Barton was involuntarily relieved of his duties and excluded from his clinic by Charleston Area Medical Center, I 2025, and therefore he is no longer employed by CAMC;

(2) Dr. Barton's employment non-compete is currently being adjudicated in Common Pleas Court, Washington County

Please let me know of any questions or concerns. Glad to jump on a call.

Paul



**Paul G. Westbrock**
**VP & General Counsel**
MEMORIAL HEALTH SYSTEM
401 Matthew Street | Marietta, OH 45750
740-374-1581 direct | 740-568-5374 fax
pwestbrock@mhsystem.org |
http://www.mhsystem.org

1