IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLESTON AREA MEDICAL CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARIETTA MEMORIAL HOSPITAL and MARIETTA AREA HEALTHCARE, INC., <br><br> Defendants. | No. 5:26-cv-00006-JPB <br><br> *Electronically filed* |

## **DEFENDANT'S MOTION FOR EXPEDITED DISCOVERY**

Charleston Area Medical Center, Inc. ("CAMC"), by and through its undersigned counsel, files the following Motion to Expedite Discovery pursuant to the Federal Rules of Civil Procedure, and in support thereof, states as follows:

1. By its Verified Complaint filed on January 9, 2026, Plaintiff seeks a temporary restraining order, preliminary injunction, permanent injunctive relief, and monetary damages against Defendants Marietta Memorial Hospital and Marietta Area Healthcare, Inc. ("Marietta") for violations of law.

2. Concurrently with this Motion, Plaintiff has filed a Motion for Temporary Restraining Order and Preliminary Injunction, a Motion for Order Directing Preservation of Documents, Electronically Stored Information and Things, and a Motion for Expedited Hearing seeking to have the Court set a date for an evidentiary hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

3. To fully and adequately prepare for the preliminary injunction hearing, it is necessary that certain discovery, by way of depositions, production of documents, electronically

stored information and things, and other written discovery, be scheduled and completed before the date of such hearing.

4. To complete this discovery before the preliminary injunction hearing, the time periods for discovery set forth in the Federal Rules of Civil Procedure must be shortened and expedited. For the convenience of the Court, copies of the following are attached hereto:

- Plaintiff's First Set of Interrogatories Directed to Marietta (Exhibit A);

- Plaintiff's First Request for Production of Documents Directed to Marietta (Exhibit B);

- Notice of Videotaped Deposition Directed to Corporate Designee of Marietta Memorial Hospital and/or Marietta Area Healthcare, Inc. pursuant to Fed. R. Civ. P. 30(b)(6) (Exhibit C).

5. The information sought by CAMC is reasonable in scope, is not in CAMC's possession, and cannot be ascertained without discovery.

6. The imminence and severity of irreparable harm to CAMC and the interests of justice require that the time periods for discovery be shortened and expedited by this Court.

WHEREFORE, CAMC respectfully requests this Court to enter an Order in the form attached hereto expediting discovery in this matter.

Dated: January 12, 2026

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

By: */s/ Kathleen Jones Goldman*
Kathleen Jones Goldman (WV Bar No. 6917)
kathleen.goldman@bipc.com
Erin J. McLaughlin (WV Bar No. 10464)
erin.mclaughlin@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800

       Facsimile: (412) 562-1041

       ***Attorneys for Plaintiff, Charleston Area Medical Center, Inc.***